STATE OF CONNECTICUT *v.* ALBERT CRISCUOLO ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is granted limited to the questions raised in article III of the defendants' petition for certification.

*Howard A. Jacobs,* in support of the petition.

*Joseph D. Harbaugh,* special assistant chief prosecuting attorney, in opposition.

Submitted November 12—decided November 20, 1968

STATE OF CONNECTICUT *v.* ARTHUR SWEENEY

The motion by the defendant protesting the filing of the state's brief in the appeal from the Superior Court in New Haven County is denied.

*Arthur Sweeney,* pro se, in support of the motion.

Submitted November 12—decided November 20, 1968

STATE OF CONNECTICUT *v.* RUDOLPH SAAVEDRA

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Zbigniew S. Rozbicki,* in support of the petition.

Submitted November 4—decided November 26, 1968

JACOB J. KOCIAN *v.* ALBERT T. DEVITO, JR., ET AL.

The petition by the named defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*William D. Allen,* in support of the petition.

Submitted November 11—decided November 26, 1968